UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21570-RKA

UNITED STATES OF AMERICA,

    *Plaintiffs*,

 v.

DR. AMEET VOHRA, et al.,

    *Defendants.*
_____/

### NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY

    The undersigned hereby files this Notice of Reassignment of Assistant United States Attorney Rosaline Chan, as counsel of record for the United States of America in this case. The prior assigned Assistant United States Attorney, Christopher Cheek is no longer counsel of record for the United States in this matter.

**Dated: May 14, 2025**        Respectfully submitted,

                                    HAYDEN P. O'BYRNE
                                    UNITED STATES ATTORNEY

                By:    s/ Rosaline Chan
                          **ROSALINE CHAN**
                          Assistant United States Attorney
                          Fla. Bar No. 1008816
                          United States Attorney's Office
                          99 N.E. 4th Street, Third Floor
                          Miami, Florida 33132
                          Telephone: (305) 961-9335
                          Facsimile: (305) 530-7139
                          Email: Rosaline.Chan@usdoj.gov