UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21570-RKA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DR. AMEET VOHRA; VOHRA WOUND
PHYSICIANS MANAGEMENT LLC; and
VHS HOLDINGS, P.A.,

      Defendants.

**NOTICE OF APPEARANCE**

Please enter the appearance of Bradford C. Patrick, Special Assistant U.S. Attorney, as co-counsel for the United States in the above-captioned case.

      Respectfully submitted,

      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY

      */s/ Bradford C. Patrick*
      Special Assistant United States Attorney
      Special Bar No. A5503361
      Post Office Box 8970
      Savannah, Georgia 31412
      (912) 652-4422
      Email: Bradford.Patrick@usdoj.gov