UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-21570-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DR. AMEET VOHRA; VOHRA WOUND
PHYSICIANS MANAGEMENT, LLC;
AND VHS HOLDINGS, P.A.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff United States of America ("United States") and Defendants Dr. Ameet Vohra, Vohra Wound Physicians Management, LLC, and VHS Holdings, P.A. (collectively, "Defendants," and together with the United States, the "Parties"), by and through undersigned counsel, hereby notify this Honorable Court that the Parties have reached a settlement in principle to resolve this action. The Parties respectfully request that the Court stay all pending deadlines and hearings for ninety (90) days, specifically until October 28, 2025, to allow the United States to obtain all necessary government approvals and for the Parties to address outstanding terms and memorialize and execute a settlement agreement.

Dated: July 31, 2025

**MCDERMOTT WILL & EMERY LLP**

  */s/ Oliver Benton Curtis, III*
Oliver Benton Curtis, III (FBN 118156)
bcurtis@mwe.com

1

        Leah Palmer (FBN 1050765)
        lpalmer@mwe.com
        333 SE 2nd Avenue
        Suite 4500
        Miami, Florida 33131-4336
        Tel: (305) 358-3500
        Fax: (305) 347-6500

        Mara Theophila (admitted *pro hac vice*)
        200 Clarendon Street
        Floor 58
        Boston, MA 02116
        Telephone: (617) 535-4107
        E-Mail:  mtheophila@mwe.com

        *Attorneys for Defendants*

        **HAYDEN P. O'BYRNE**

        **UNITED STATES ATTORNEY**
        **SOUTHERN DISTRICT OF FLORIDA**

By:    */s/ Rosaline Chan*
        ROSALINE CHAN
        Assistant United States Attorney
        Fla. Bar No. 1008816
        BRADFORD C. PATRICK
        Special Assistant United States Attorney
        United States Attorney's Office
        99 N.E. 4th Street
        Miami, Florida 33132
        Telephone: (305) 961-9335
        Facsimile: (305) 530-7139
        Email: Rosaline.Chan@usdoj.gov

        **BRETT A. SHUMATE**

        **ASSISTANT ATTORNEY GENERAL**

By:    */s/ Kirsten V. Mayer*
        JAMIE ANN YAVELBERG
        ANDY M. MAO
        KIRSTEN V. MAYER
        DAVID M. FINKELSTEIN
        SAMUEL P. ROBINS
        YIFAN WANG

                Attorneys, Civil Division
                Commercial Litigation Branch
                United States, Department of Justice
                PO Box 261
                Ben Franklin Station
                Washington, DC 20044
                Tel: (202) 674-0164
                Special Bar No. A5503349
                Email: Kirsten.Mayer@usdoj.gov

                *Attorneys for United States of America*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on **July 31, 2025**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Oliver Benton Curtis, III*
                Oliver Benton Curtis, III