UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-cv-21570-ALTMAN**

**UNITED STATES OF AMERICA**,

    *Plaintiffs*,

*v.*

**DR. AMEET VOHRA**, *et al.*,

    *Defendants.*

_____/

**ORDER**

The parties have filed a Notice of Settlement [ECF No. 31], telling us they've resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the Plaintiff to file a notice of voluntary dismissal by **October 28, 2025**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions—including the Defendants' Motion to Dismiss [ECF No. 15]—are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on August 13, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record