UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21570-ALTMAN

**UNITED STATES OF AMERICA,**

    *Plaintiff*,

v.

**DR. AMEET VOHRA,** *et al.*,

    *Defendants*.

_____/

**JOINT MOTION TO EXTEND THE TIME
TO FILE NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff United States and Defendants Dr. Ameet Vohra, et al. (the "Parties") respectfully submit this joint motion to extend the time for Plaintiff to file a notice of voluntary dismissal. In support, the Parties state as follows:

1. On April 4, 2025, Plaintiff filed a Complaint alleging claims under the False Claims Act, 31 U.S.C. §§ 3729–33. ECF No. 1.

2. On July 31, 2025, the Parties notified the Court that they had reached a settlement in principle. ECF No. 31.

3. On August 1, 2025, the Court issued an Order closing the case without prejudice to the Plaintiff to file a notice of voluntary dismissal by October 28, 2025. ECF No. 35. The Order further provided that if the parties fail to complete the expected settlement, any party may ask the Court to reopen the case. *Id.*

4. The Parties have been working to memorialize their agreement and to secure necessary government approvals, including from the Department of Justice and the Centers for

Medicare and Medicaid Services. While that process is moving forward efficiently, it has not concluded, and the Parties need additional time.

5. The Parties now jointly move to extend for an additional thirty (30) days, specifically to November 27, 2025, the time within which Plaintiff will file a notice of voluntary dismissal. The Parties further request that if the Parties fail to complete the expected settlement by that date, any party may ask the Court to reopen the case.

A proposed order accompanies this motion.

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF FLORIDA

        *s/ Rosaline Chan*
By:  ROSALINE CHAN
       Assistant United States Attorney
       Fla. Bar No. 1008816
       BRADFORD C. PATRICK
       Special Assistant United States Attorney
       United States Attorney's Office
       99 N.E. 4th Street
       Miami, Florida 33132
       Telephone: (305) 961-9335
       Facsimile: (305) 530-7139
       Email: Rosaline.Chan@usdoj.gov

       **BRETT A. SHUMATE**
       **ASSISTANT ATTORNEY GENERAL**

By:  *s/ Kirsten V. Mayer*
       JAMIE ANN YAVELBERG
       ANDY M. MAO
       KIRSTEN V. MAYER
       DAVID M. FINKELSTEIN
       SAMUEL P. ROBINS
       YIFAN WANG
       Attorneys, Civil Division
       Commercial Litigation Branch
       United States, Department of Justice
       PO Box 261
       Ben Franklin Station

Washington, DC 20044
Tel: (202) 674-0164
Special Bar No. A5503349
Email: Kirsten.Mayer@usdoj.gov

*Attorneys for United States of America*

**MCDERMOTT WILL & SCHULTE LLP**

***/s/ Oliver Benton Curtis, III***
Oliver Benton Curtis, III (FBN 118156)
bcurtis@mwe.com
Leah Palmer (FBN 1050765)
lpalmer@mwe.com
333 SE 2nd Avenue
Suite 4500
Miami, Florida 33131-4336
Tel: (305) 358-3500
Fax: (305) 347-6500

Mara Theophila (admitted *pro hac vice*)
200 Clarendon Street
Floor 58
Boston, MA 02116
Telephone: (617) 535-4107
E-Mail:  mtheophila@mwe.com

*Attorneys for Defendants*