**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-21570-RKA**

UNITED STATES OF AMERICA

Plaintiff,

v.

DR. AMEET VOHRA; VOHRA WOUND PHYSICIANS MANAGEMENT, LLC; AND VHS HOLDINGS, P.A.;

Defendants.
_______________________________________/

**JOINT MOTION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(l), the United States of America ("United States") and Defendants, Dr. Ameet Vohra, Vohra Wound Physicians Management, LLC and VHS Holdings, P.A. (together, "Defendants") (United States and Defendants, collectively, the "Parties"), by and through their undersigned counsel, hereby move for the entry of an order dismissing this matter and state as follows:

1. Pursuant to a Settlement Agreement between the United States of America and Defendants Dr. Ameet Vohra, Vohra Wound Physicians Management, LLC, and VHS Holdings, P.A., the Parties have settled all the claims in this action.
2. Pursuant to the Settlement Agreement, the Parties jointly request that the Court dismiss with prejudice all claims against Defendants.

3. The Parties further request that the Court retain jurisdiction to enforce the terms, conditions, and releases of the Settlement Agreement, to the extent reasonably necessary and appropriate.
4. The effectiveness of this Motion for Dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement.
5. A fully executed copy of the Settlement Agreement between United States of America and Defendants is attached to this motion, along with a proposed order.

Dated: November 26, 2025

**Respectfully submitted,**

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: **s/ Rosaline Chan**
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9335
Facsimile: (305) 530-7139
Email: Rosaline.Chan@usdoj.gov

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL

By: **s/ Kirsten V. Mayer**
JAMIE ANN YAVELBERG
ANDY M. MAO
KIRSTEN V. MAYER
DAVID M. FINKELSTEIN
SAMUEL P. ROBINS
YIFAN WANG
Attorneys, Civil Division

Commercial Litigation Branch
United States, Department of Justice
PO Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 674-0164
Special Bar No. A5503349
Email: Kirsten.Mayer@usdoj.gov

*Attorneys for United States of America*

**<u>MCDERMOTT WILL & SCHULTE LLP</u>**

*<u>/s/ Oliver Benton Curtis, III</u>*
Oliver Benton Curtis, III (FBN 118156)
bcurtis@mwe.com
Leah Palmer (FBN 1050765)
lpalmer@mwe.com
333 SE 2nd Avenue
Suite 4500
Miami, Florida 33131-4336
Tel: (305) 358-3500
Fax: (305) 347-6500

Mara Theophila (admitted *pro hac vice*)
200 Clarendon Street
Floor 58
Boston, MA 02116
Telephone: (617) 535-4107
E-Mail: mtheophila@mwe.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 26, 2025, I caused the foregoing documents to be served, via electronic mail, on the counsel listed on the following service list:

/s/ Rosaline Chan
Rosaline Chan
Assistant United States Attorney