**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21570-ALTMAN**

**UNITED STATES OF AMERICA**,

*Plaintiff*,

*v.*

**DR. AMEET VOHRA**, *et al.*,

*Defendants*.
______________________________/

**ORDER**

The Parties have filed a Joint Stipulation of Dismissal [ECF No. 38] in accordance with Federal Rule of Civil Procedure 41. Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees, costs, and expenses. The case shall remain **CLOSED**. The Court shall retain jurisdiction to enforce the terms of the settlement. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 29, 2025.

______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record